STATE OF NEW JERSEY v. ALVIN BABLE.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BINDHAMMER.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MILTON MOORE.

December 10, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS HENRY ELMORE.

December 10, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE CHRISTOPHER REID.

December 10, 1975. Petition for certification denied.

MARILYN C. HINDEN v.
UNITED STATES POWER SQUADRONS.

December 10, 1975. Petition for certification denied.